## UNITED STATES DISTRICT COURT
### Eastern District of New York

MARCELLA WATSON, Plaintiff, Pro Se

V.

RICHARD BONGIORNO, ESQ.
ANDREW J. CAMACHO, ESQ.
THE BONGIORNO LAW FIRM, PLLC



RECEIVED
JUL 28 2026
PRO SE OFFICE

**CIVIL ACTION NO.:** [To be assigned by court]

### COMPLAINT

### DIVERSITY JURISDICTION AND VENUE EASTERN DISTRICT OF NEW YORK

1. This action is for legal malpractice seeking damages above the court's minimum requirement.

2. Plaintiff Marcella Watson lived in Queens County in New York State at all relevant times when the accident in the underlying Personal Injury action occurred. Ms. Watson is currently a resident of Boone, North Carolina and is filing the lawsuit under Diversity Jurisdiction in this Court.

3. Defendants Richard Bongiorno, Esq., Andrew J. Camacho, Esq. and Bongiorno Law Firm, PLLC are licensed attorneys in New York State with a principal office in Graden City New York.

4. Defendant is a Professional Limited Liability Company (PLLC), a law firm composed of licensed attorneys in New York State with a principal office in Garden City, New York.

### FACTS AND BACKGROUND

5. Around early 2014 Plaintiff hired Defendants RICHARD BONGIORNO, ESQ. ANDREW J. CAMACHO, ESQ. and THE BONGIORNO LAW FIRM, PLLC to represent Plaintiff in a personal injury matter involving severe injuries sustained on a public bus. The case number is INDEX NO. 701873/2015 Queens County.

6. Defendants had a duty to provide legal services with the same care and skill as other reasonably prudent lawyers.

REC'D IN PRO SE OFFICE
JUL 28 '26 PM 12:07

7. On the day of the personal injury caused by the bus company and the negligence of the bus driver, I was in line ahead of many people who were trying to get on the same bus and out of the snowy weather. So I asked the driver if I could get on the bus and pay when he came to a complete rest stop. The bus driver said yes. When the bus stopped a few minutes later, I asked if I could get up from my seat to pay the fare and as I was sliding my subway card into the electronic reader, the bus driver put the pedal to the metal and my walker went one way and I was thrown in the air another way. The only thing that stopped me from going all the way down the bus aisle was at metal pole in the middle of the bus. I came crashing down on the side seats, hitting my head and neck on the window and the back of the seats. I also was forced down on my buttocks extremely hard on the edge of the seats which caused severe injury and damage to my vertebrae for which I recently had surgery and treatment.

All the nearby passengers asked me if I was all right and some offered to help but the bus driver said nothing and offered no assistance. After gaining a bit of composure, I took down the bus ID number in the upper right had corner. When the bus came to my stop, I was in so much pain and agony that when I got off the bus, I had to have someone take me home from the front of Capital One bank to my home on Glassboro Avenue, Jamaica, Queens, NY. When I settled inside, I was in so much pain that I called the bus company, MTA and lodged a report and complaint.

8. I asked defendant many times what figure we would be settling for if we did not go to trial. He never advised me of any settlement amount that we should propose.

I asked him and his staff members many times about the status of my case and the call was routinely directed to voicemail with no response form Mr. Bongiorno.

I have asked Mr. Bongiorno repeatedly for the proposed settlement sum. He did not tell me that he was going to court until 3 days before the court date and he did not show the court the note from my primary care Dr. Carol Ann Church indicating that I could not travel to the trial or court hearing. I did advise Mr. Bongiorno that I could be available by phone for the hearing.

I also asked an acquaintance of mine to attend the hearing where Mr. Bongiorno settled my case without authorization from me, his client. Paulette Long spoke with Mr. Bongiorno who told her that the court date was

canceled and she need not attend. However, the court hearing had not been cancelled but Mr. Bongiorno dissuaded her from attending the court date because he told her it had been cancelled.

9. I never agreed to any settlement before Mr. Bongiorno went to court. He stated that the court appearance was a hearing but he did not say he was going to settle the case. One day before the hearing he stated that we may need to settle the case and I kept asking him how much he had in mind. He did not answer my question and did not suggest a settlement amount to me to secure my agreement before the hearing. In fact he advised my acquaintance that she need not be present because the case date was being adjourned to another date.

I asked Attorney Bongiorno whether I could attend the hearing electronically via ZOOM or Teams to be with him virtually in the courthouse and he said no even that virtual hearings became available following COVI-19.

10. As further evidence that I did not authorize defendant Bongiorno to settle my case, I sent an online letter to the office of the Mayor of the City of New York, informing the City government that NYC Corporation counsel had erroneously entered into a settlement of my case without my consent due to the fraudulent, erroneous and unauthorized settlement action by my attorney Richard Bongiorno my case, Marcella Watson vs. City of New York. I informed the office of the Mayor that my lawyer, Mr. Richard Bongiorno signed the papers in court along with corporation counsel's representative settling my case without my consent and authorization.

11. I informed the Mayor's Office that we sued for millions of dollars because I am permanently disabled, can no longer work, yet my lawyer signed a settlement for $37,500 and now is asking me after the fact to sign a settlement agreement. I notified the Corporation counsel because I did not want them to honor this felonious agreement.

11. Due to Defendants' fraudulent settlement without my authorization in accepting a settlement sum which leaves me no funds appropriate for subsistence, care and medical treatment for many years to come because as a result of the bus accident, I suffered severe permanent damage that has continued to get worse over time. As is shown in medical records available to the court, I have endured extensive, often painful, medical treatment, physical therapy, and the adverse effects I suffered from painkiller medications. For example, the powerful painkiller medication hampers my ability to remain alert or to attend to chores and activities of daily living. According to X-rays and other evaluative evidence from my panoply of physicians, you will see a diagnosis of

an annular tear, L4, L5, and S1 on my spine caused by blunt trauma in the bus accident. Much of the pain is because of the movement of the vertebrae and other parts of the spine that are attempting to function bone-on-bone. My doctors have told me that I may not be able to work and that I will continue to incur tremendous medical bills for treatment. Because I am permanently disabled, non-ambulatory, incontinent, with diabetes and high blood pressure, all as the proximate result of the negligence of the bus driver and the City of New York, I will require at least part-time daily assistance for cooking, bathing, toileting, grocery shopping and other activities of daily living. Still, I am not yet eligible for residence in a skilled nursing facility.

12. In the letter to the Mayor's office, I asked that for the NYC Comptroller's response within 14 days of receiving this online letter to the Office of the Mayor and to date have not received a response. I provided my telephone number and Index number for the subject case.

## CAUSES OF ACTION

## COUNT I: NEGLIGENCE / LEGAL MALPRACTICE

13. Plaintiff restates the previous paragraphs.

14. Defendants breached their Fiduciary Duty by failing to act in the Plaintiff's/Client's best interests, which includes honesty, loyalty, and acting with due care. Defendant/Attorney did not act with care and breached their fiduciary duty to client by settling the Plaintiff's case for an amount that is significantly lower than what the client could have reasonably expected and constitutes a breach of fiduciary duty and care herein through both willfulness and negligence. as described herein.

15. This breach of fiduciary duty directly caused severe damages to Plaintiff by limiting the recovery for damages in the personal injury action to a sum that is wholly inadequate as an amount that client could have reasonably expected to cover the pain, suffering, medical expenses, personal care and living expenses plaintiff will incur for the rest of her life that in the personal injury case she hired the defendant to prosecute for her.

16. Had it not been for the negligence, Plaintiff would have succeeded in the underlying case and avoided damages.

**COUNT II:**

**17.** Defendants were guilty of misrepresentation because they made a false or misleading statement to the court about the client's willingness and authorization to settle the case, when such settlement was entered into without clients knowledge, authorization or consent.

Defendants false statements to the Corporation Counsel of the City of New York and to the Court indicating that plaintiff had agreed to settle her case was a false statement inducing the corporation counsel to enter into a settlement agreement and for the Court to acknowledge and "So Order" the fraudulent settlement agreement. As a result of the Attorney's misrepresentation to the Client and his fraud upon the court, the plaintiff has suffered harm in the limitation of monetary damages commensurate with the injury suffered in the personal injury case and should be made whole by Defendants to remedy the harm their actions and inactions have caused to plaintiff.

18. The defendants are guilty of Fraudulent misrepresentation because they knowingly and/or recklessly made a false statements to deceive other parties into entering into a settlement contract which is null and void because it was reached without authorization from the Plaintiff and was fraudulently offered to New York City Corporation Counsel and to the Court as a legitimate contract arrived at through a meeting of the minds of all parties to the Plaintiff's personal injury lawsuit, causing the Plaintiff financial harm.

19. The defendants are guilty of Intentional misrepresentation because their false statement that Plaintiff had agreed to and authorized defendants to settle her case with Corporation Counsel at a court hearing was made carelessly, with knowledge that defendants statements were not true and which statements caused plaintiff's harm.

20. The Defendant made a false statement to the Plaintiff and one of her acquaintances that the court hearing on the personal injury case was postponed, and so the Plaintiff nor her acquaintance were not able to appear virtually/electronically or in person to monitor the interaction among Defendant's attorney, New York City's attorney/corporation Counsel and the Court. The client relied on the statement that no court hearing would be held and that it was postponed and plaintiff relied on this statement to her detriment, giving rise to a claim for misrepresentation.

21. The Defendant acted beyond his authority by settling plaintiff's case without the Plaintiff's consent or knowledge and by purporting to settle the case for an amount that the client did not authorize, and for this reason, Plaintiff herein is entitled for damages from Defendant's attorney foe acting beyond his authority.

22. Defendant intentionally deceived the Plaintiff by stating that the Court hearing was cancelled so that neither Plaintiff could attend virtually/electronically, nor would her acquaintance who planned to attend the court hearing in person, intentionally deceived Plaintiff that no arrangements could be made for Plaintiff to attend virtually at any time. These misrepresentation constitute fraud for which Plaintiff has a legal claim against defendant for fraud.

23. Defendants were guilty of negligence because they failed to exercise the standard of care that a reasonably competent attorney would exercise in similar circumstances, resulting in harm to the client in terms of inadequate damages in the personal injury action that Defendant attempted to coerce Plaintiff into accepting after the fact.

## COUNT III: BREACH OF CONTRACT

24. Plaintiff restates the previous paragraphs.

25. The attorney-client relationship was a contract for competent legal services and for a fiduciary duty of care.

26. Defendants breached this contract by failing to perform competently, transparently and honestly.

27. This breach caused Plaintiff to suffer damages, including loss of the opportunity for a jury trial or the ability to participate in an authorized settlement for a reasonable figure as fair compensation for injuries.

## DAMAGES

28. As a direct result of Defendants' actions, Plaintiff suffered damages including:

Lost compensation from the underlying personal injury claim of millions of U.S. dollars.

Plaintiff suffered damages as a result of the Attorney's malpractice, and she is entitled to seek compensation for those damages, including lost compensation from the personal injury case, including lost opportunity for a trial to secure larger compensatory damages from the personal injury case, for living and personal care costs, medical expenses, pain and suffering and emotional distress.

Damages will be proven at trial of this legal malpractice action.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff requests judgment against Defendants for:

a. Compensatory damages in the sum of $3,000,000,000 (Three Million Dollars

b. Punitive Damages in the sum of $1,000,000.000 (One Millon Dollars)

c. Pre-judgment and post-judgment interest to be calculated.

d. Any other relief the Court deems proper.

## JURY DEMAND

Plaintiff demands a jury trial.

**Dated:** October 6, 2025

**Signed:** *Marcella Watson*

From: Marcella Watson
Attorney, Pro Se
165 Robin Lane, Apt. #104,
Boone, NC 28607
Tel:828-616-0074
Email: watsonmarcella67@gmail.com

To: Richard Bongiorno, Esq.
Andrew J. Camacho, Esq.
The Bongiorno Law Firm, PLLC
1415 Kellum Place
Garden City, NY 11530
Tel: 516-741-4170
Email: WeCare@thebongiornolawfirm.com

Page 1

JS 44   (Rev. 03/24)

# CIVIL COVER SHEET

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 28 2026 ★
BROOKLYN OFFICE

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Marcella Watson

**DEFENDANTS**
Richard Bongiorno, Esq., Andrew Camarcho, Esq., Bongiorno Law firm, PLLC

**(b)** County of Residence of First Listed Plaintiff   **Watauga County**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   **Nassau**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Marcella Watson, Pro Se,165 Robin Lane, Apt. #104, Boone, NC 28607-mail to: P. Long & 105 East 38th Street, Apt. 5-A, NY. NY 10016-2634

Attorneys *(If Known)*
Bongiono Law firm, PLLC
1415 Kellum Place
Garden City, NY 11530

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 29 2026 ★
BROOKLYN OFFICE

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question *(U.S. Government Not a Party)* | |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* | |

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*                    Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| | | | ☐ 790 Other Labor Litigation | ☐ 862 Black Lung (923) | |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☒ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Diversity

Brief description of cause:
Legal Malpractice-Due to Defendants Fraudulent Settlement sum without my authorization leaving me with no money for care, treatment, residence

**VII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $   $4,000,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

**VIII. RELATED CASE(S) IF ANY**   *(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE   10/10/2025 in SDNY-refiled EDNY 5/28/2026

SIGNATURE OF ATTORNEY OF RECORD   *Marcella Watson*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

JS 44 Reverse (Rev. 03/24)

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a)   **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

  (b)   **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

  (c)   **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.    **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; NOTE: **federal question actions take precedence over diversity cases.**)

III.   **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.    **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V.     **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

VI.    **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

VII.   **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII.  **Related Cases.** This section of the JS 44 is used to reference related cases, if any. If there are related cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

JS 44C/SDNY
REV.
12/04/2024

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Marcella Watson | RICHARD BONGIORNO, ESQ., ANDREW J. CAMACHO, ESQ.The Bongiorno Law Firm, PLLC |

| ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER | ATTORNEYS (IF KNOWN) |
|---|---|
| Marcella Watson, Pro Se | Bongiorno Law Firm, PLLC |

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Legal Malpractice: Due to Defendants' fraudulent settlement without my authorization in accepting a settlement sum which leaves me no fur

Has this action, case, or proceeding, or one essentially the same, been previously filed in SDNY at any time? No ✓ Yes ☐ _____ JS44C _____
_____ (If yes, Judge Previously Assigned)

If yes, was this case Vol. ☐ Invol. ☐ Dismissed. No ☐ Yes ☐ If yes, give date N/A _____ & Case No. N/A _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?   No ☒   Yes ☐

(PLACE AN [x] IN ONE BOX ONLY)   ## NATURE OF SUIT

**TORTS**                                                                 **ACTIONS UNDER STATUTES**

**CONTRACT**

[ ] 110 INSURANCE
[ ] 120 MARINE
[ ] 130 MILLER ACT
[ ] 140 NEGOTIABLE INSTRUMENT
[ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
[ ] 151 MEDICARE ACT
[ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
[ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS
[ ] 160 STOCKHOLDERS SUITS
[x] 190 OTHER CONTRACT
[ ] 195 CONTRACT PRODUCT LIABILITY
[ ] 196 FRANCHISE

**REAL PROPERTY**

[ ] 210 LAND CONDEMNATION
[ ] 220 FORECLOSURE
[ ] 230 RENT LEASE & EJECTMENT
[ ] 240 TORTS TO LAND
[ ] 245 TORT PRODUCT LIABILITY
[ ] 290 ALL OTHER REAL PROPERTY

**PERSONAL INJURY**

[ ] 310 AIRPLANE
[ ] 315 AIRPLANE PRODUCT LIABILITY
[ ] 320 ASSAULT, LIBEL & SLANDER
[ ] 330 FEDERAL EMPLOYERS' LIABILITY
[ ] 340 MARINE
[ ] 345 MARINE PRODUCT LIABILITY
[ ] 350 MOTOR VEHICLE
[ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
[ ] 360 OTHER PERSONAL INJURY
[ ] 362 PERSONAL INJURY - MED MALPRACTICE

**ACTIONS UNDER STATUTES**

**CIVIL RIGHTS**

[ ] 440 OTHER CIVIL RIGHTS (Non-Prisoner)
[ ] 441 VOTING
[ ] 442 EMPLOYMENT
[ ] 443 HOUSING/ ACCOMMODATIONS
[ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT
[ ] 446 AMERICANS WITH DISABILITIES -OTHER
[ ] 448 EDUCATION

**PERSONAL INJURY**
[ ] 367 HEALTHCARE/ PHARMACEUTICAL PERSONAL INJURY/PRODUCT LIABILITY
[ ] 365 PERSONAL INJURY PRODUCT LIABILITY
[ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**PERSONAL PROPERTY**

[x] 370 OTHER FRAUD
[ ] 371 TRUTH IN LENDING

[ ] 380 OTHER PERSONAL PROPERTY DAMAGE
[ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

**PRISONER PETITIONS**
[ ] 463 ALIEN DETAINEE
[ ] 510 MOTIONS TO VACATE SENTENCE 28 USC 2255
[ ] 530 HABEAS CORPUS
[ ] 535 DEATH PENALTY
[ ] 540 MANDAMUS & OTHER

**PRISONER CIVIL RIGHTS**

[ ] 550 CIVIL RIGHTS
[ ] 555 PRISON CONDITION
[ ] 560 CIVIL DETAINEE CONDITIONS OF CONFINEMENT

**FORFEITURE/PENALTY**

[ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
[ ] 690 OTHER

**PROPERTY RIGHTS**

[ ] 820 COPYRIGHTS
[ ] 830 PATENT
[ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION
[ ] 840 TRADEMARK

**LABOR**

[ ] 710 FAIR LABOR STANDARDS ACT
[ ] 720 LABOR/MGMT RELATIONS
[ ] 740 RAILWAY LABOR ACT
[ ] 751 FAMILY MEDICAL LEAVE ACT (FMLA)
[ ] 790 OTHER LABOR LITIGATION
[ ] 791 EMPL RET INC SECURITY ACT (ERISA)

**IMMIGRATION**

[ ] 462 NATURALIZATION APPLICATION
[ ] 465 OTHER IMMIGRATION ACTIONS

**BANKRUPTCY**

[ ] 422 APPEAL 28 USC 158
[ ] 423 WITHDRAWAL 28 USC 157

[ ] 880 DEFEND TRADE SECRETS ACT

**SOCIAL SECURITY**

[ ] 861 HIA (1395ff)
[ ] 862 BLACK LUNG (923)
[ ] 863 DIWC/DIWW (405(g))
[ ] 864 SSID TITLE XVI
[ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**

[ ] 870 TAXES (U.S. Plaintiff or Defendant)
[ ] 871 IRS-THIRD PARTY 26 USC 7609

**OTHER STATUTES**

[ ] 375 FALSE CLAIMS
[ ] 376 QUI TAM
[ ] 400 STATE REAPPORTIONMENT
[ ] 410 ANTITRUST
[ ] 430 BANKS & BANKING
[ ] 450 COMMERCE
[ ] 460 DEPORTATION
[ ] 470 RACKETEER INFLU-ENCED & CORRUPT ORGANIZATION ACT (RICO)
[ ] 480 CONSUMER CREDIT
[ ] 485 TELEPHONE CONSUMER PROTECTION ACT
[ ] 490 CABLE/SATELLITE TV
[ ] 850 SECURITIES/ COMMODITIES/ EXCHANGE
[ ] 890 OTHER STATUTORY ACTIONS
[ ] 891 AGRICULTURAL ACTS
[ ] 893 ENVIRONMENTAL MATTERS
[ ] 895 FREEDOM OF INFORMATION ACT
[ ] 896 ARBITRATION
[ ] 899 ADMINISTRATIVE PROCEDURE ACT/REVIEW OR APPEAL OF AGENCY DECISION
[ ] 950 CONSTITUTIONALITY OF STATE STATUTES

Check if demanded in complaint:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 4,000,000 _____ OTHER N/A _____

Check YES only if demanded in complaint
JURY DEMAND: × YES   NO

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y. AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

JUDGE _____ DOCKET NUMBER _____

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)*                                    **ORIGIN**

☒ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from (Specify District)    ☐ 6 Multidistrict Litigation (Transferred)    ☐ 7 Appeal to District Judge from Magistrate Judge

☐ a. all parties represented

☐ b. At least one party is pro se.

☐ 8 Multidistrict Litigation (Direct File)

*(PLACE AN x IN ONE BOX ONLY)*    **BASIS OF JURISDICTION**    ***IF DIVERSITY, INDICATE CITIZENSHIP BELOW.***

☐ 1 U.S. PLAINTIFF    ☐ 2 U.S. DEFENDANT    ☐ 3 FEDERAL QUESTION (U.S. NOT A PARTY)    ☒ 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [x] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [x] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

**PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)**

Marcella Watson, Pro Se    Marcella Watson, Pro Se,1000, Baxter Street Apt. 208, Charlotte, NC 28204

**DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)**

Richard Bongiorno, Esq., Andrew J. Camacho, Esq.,The Bongiorno Law Firm, PLLC
1415 Kellum Place
Garden City, NY 11530

**DEFENDANT(S) ADDRESS UNKNOWN**
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

N/A

**COURTHOUSE ASSIGNMENT**

I have reviewed Rules 18(a) and 20(a) of the Rules for the Division of Business Among District Judges, Southern District of New York, and I hereby certify that this case should be assigned to the courthouse indicated below pursuant thereto.

Check one:    THIS ACTION SHOULD BE ASSIGNED TO:    ☐ WHITE PLAINS    ☒ MANHATTAN

DATE 6/8/2025    Marcella Watson, Pl., Pro Se

SIGNATURE OF ATTORNEY OF RECORD

ADMITTED TO PRACTICE IN THIS DISTRICT
[x] NO
[ ] YES (DATE ADMITTED Mo. _____ Yr. _____)
Attorney Bar Code #

RECEIPT #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so designated.

Tammi M. Hellwig,Clerk of Court by _____ Deputy Clerk, Dated _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

## UNITED STATES DISTRICT COURT
### Eastern District of New York (E.D.N.Y.)

**MARCELLA WATSON, Plaintiff, Pro Se**

**V.**

**RICHARD BONGIORNO, ESQ.**
**ANDREW J. CAMACHO, ESQ.**
**THE BONGIORNO LAW FIRM, PLLC**

**CIVIL ACTION NO.:** [To be assigned by court]

### SUMMONS IN A CIVIL ACTION

To: Richard Bongiorno, Esq.
Andrew J. Camacho, Esq.
The Bongiorno Law Firm, PLLC
1415 Kellum Place
Garden City, NY 11530

**A lawsuit has been filed against you.**

You must respond to this summons by serving an answer or motion under Rule 12 of the Federal Rules of Civil Procedure on the plaintiff or their attorney within a specified number of days after receiving it. Failure to respond may result in a default judgment against you. You must also file your response with the court.

From: Plaintiff
Marcella Watson, Pro Se
165 Robin Lane, Apt. #104,
Boone, NC 28607
Dated: October ___, 2025

**Clerk of Court**

**By:** _____

OF U.S. DISTRICT COURT
IN DISTRICT OF NEW YORK
25 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS

quadient

FIRST-CLASS MAIL
IMI
$004.74 ⁰
06/01/20:26 ZIP 11201
043M322:06494

US POSTAGE



Marcella Watson

165 Lane

Apt.

Boone, NC

007

-R-T-S-
286072048-1N
RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

07/08/26

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 28 2026 ★

BROOKLYN OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 28 2026 ★

BROOKLYN OFFICE



